■ NARJIS ZAIDI, Individually and as Mother and Natural Guardian of SYED F. ZAIDI, an Infant, Respondent, v ST. JOHN'S QUEENS HOSPITAL et al., Appellants, et al., Defendants.—Order of the Supreme Court, Queens County, dated September 5, 1984, affirmed, with one bill of costs, for the reason stated by Justice Goldstein in his memorandum at Special Term.

Respondent's application to strike certain material from a reply brief as matters dehors the record granted. Said material has not been considered. Brown, J. P., Rubin, Lawrence and Kunzeman, JJ., concur.